IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CURTIS WAYNE DALE SMITH, JR.                                                              PLAINTIFF

v.                                        Case No. 4:23-cv-4111

JANA TALLANT, Howard County Jail Administrator;
JOEY DAVIS, Howard County Detention Center;
LAJUANDA LINDSEY, Jailer; JORDAN BRADSHAW, Jailer;
JOSHUA BRADSHAW, Jailer; MARLINE TALLANT;
TYLER LOVELIS, Jailer; FRANSICO ARCE, JR.,
Mineral Springs Chief of Police; CASEY PARKER;
BRYAN MCJUNKINS, Sheriff of Howard County;
ANABELE WHITE, Jailer; and DR. JOAN MCLEAN                                        DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed February 26, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Judge Comstock recommends that certain claims in this matter be dismissed and that certain claims remain for further consideration. No parties have filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto.*

The following claims are **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted: (1) all claims alleged against Defendants Lajuanda Lindsey, Jordan Bradshaw, Marline Tallant, Tyler Lovelis, Fransico Arce, Jr., Casey Parker, Bryant McJunkins, and Anabele White; (2) Plaintiff's claims relating to his arrests, imprisonment, and convictions; and (3) Plaintiff's claims relating to procedural, rule, and state law violations.

2

The following claims remain for further consideration and shall proceed for service: (1) Plaintiff's claims of excessive force alleged against Defenant Joey Davis; (2) Plaintiff's denial of medical care claim alleged against Defendant McLean; and (3) Plaintiff's claims alleged against Defendant Jana Tallant for denial of medical care, denial of access to counsel, denial of access to mail, unconstitutional conditions of confinement, and denial of visitations.

**IT IS SO ORDERED**, this 4th day of April, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge